IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT DOLAN, et al.,

      Plaintiffs,

v.                                                 No. CV 20-1304 GJF/CG

CIMAREX ENERGY CO.,

      Defendant.

## ORDER EXTENDING DEFENDANT'S TIME TO ANSWER

**THIS MATTER** is before the Court on Defendant Cimarex Energy Co.'s *Unopposed Motion for Extension of Deadline to Answer or Otherwise Respond* (the "Motion"), (Doc. 10), filed January 19, 2021. In the Motion, Defendant states it "needs additional time to investigate and research Plaintiffs' claims and its defenses and potential response," and thus requests a three-week extension of time to file its answer. *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Cimarex Energy Co.'s response to Plaintiff's complaint is due February 16, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE