**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT DOLAN, et al.,

      Plaintiffs,

v.                                                         No. CV 20-1304 WJ/CG

CIMAREX ENERGY CO.,

      Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, June 22, 2021, at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

                                                         _____
                                                          THE HONORABLE CARMEN E. GARZA
                                                         CHIEF UNITED STATES MAGISTRATE JUDGE