IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT DOLAN, et al.,

       Plaintiffs,

v.                                                  No. CV 20-1304 WJ/CG

CIMAREX ENERGY CO.,

       Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINE

**THIS MATTER** is before the Court on the Defendant Cimarex Energy Co.'s *Unopposed Motion for Extension of Deadline for Defendant to Join Additional Parties and Amend the Pleadings* (the "Motion"), (Doc. 28), filed June 10, 2021. In the Motion, the Defendant explains that it is "currently considering adding . . . third parties[] Ervin Well Site Consultants . . . and Basin Engineering" but that it is waiting on subpoena responses which are due June 14, 2021. (Doc. 28 at 1-2). Defendant explains it "needs additional time to investigate and analyze the necessity of bringing potential claims and the subpoena responses" before deciding whether to amend. *Id.* As a result, Defendant requests to modify the deadline for joining additional parties and amending the pleadings set forth in the Court's *Scheduling Order*, (Doc. 25). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

       **IT IS THEREFORE ORDERED** that the deadline for Defendant to join additional parties and to amend the pleadings shall be extended to **July 12, 2021**.

       All other deadlines contained in the Court's *Scheduling Order*, (Doc. 25), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE