# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROBERT DOLAN, et al.,

    Plaintiffs,

v.                                                    No. CV 20-1304 WJ/CG

CIMAREX ENERGY CO.,

    Defendant.

## ORDER EXTENDING MOTION TO COMPEL DEADLINE

**THIS MATTER** is before the Court on Plaintiffs' *Unopposed Motion to Extend Deadline to File Motion to Compel Under D.N.M.L.R. 26.6* (the "Motion"), (Doc. 30), filed June 21, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs shall have until **July 13, 2021**, to file a motion to compel discovery responses to Plaintiffs' first set of interrogatories and requests for production.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE