**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT DOLAN, et al.,

       Plaintiffs,

v.                               No. CV 20-1304 WJ/CG

CIMAREX ENERGY CO.,

       Defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND MOTION HEARING

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Compel, and for Attorney's Fees* (the "Motion"), (Doc. 33), filed July 6, 2021. Defendant's response shall be due by **July 14, 2021**. Plaintiffs' reply, if any, shall be due by **July 16, 2021**.

**IT IS FURTHER ORDERED** that a telephonic Motion hearing shall be held on **July 21, 2021, at 10:30 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE