**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT DOLAN, et al.,

      Plaintiffs,

v.                                                     No. CV 20-1304 WJ/CG

CIMAREX ENERGY CO.,

      Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Continue Discovery and Motion for Certification Deadlines* (the "Motion"), (Doc. 40), filed September 8, 2021. In the Motion, the parties explain that after the Court's recent resolution of a discovery dispute, Defendant Cimarex Energy Co. produced "more than 7,000 pages of responsive documents on August 13" and as a result the parties require "additional time to schedule the depositions of the primary fact witnesses." (Doc. 40 at 1). The parties also state that Plaintiff Jeffery Lee Jones recently passed away, and that Plaintiffs' counsel "is in the process of preparing documentation to have [his widow] Mrs. Jones appointed by an appropriate state court in Texas as the personal representative of Mr. Jones' estate, and will file a motion to substitute her as the named party once this occurs." *Id.* at 2. As a result, the parties request to modify the dates and deadlines set forth in the Court's *First Scheduling Order*, (Doc. 25). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that the Court's *First Scheduling Order*, (Doc. 25), shall be modified as follows:

1. The deadline for completion of discovery on issues of conditional certification of

the collective action and certification of the class action shall be extended to **December 9, 2021**;

2. The deadline for motions relating to discovery on issues of conditional certification of the collective action and certification of the class action shall be extended to **December 29, 2021**;

3. The deadline for Plaintiffs' motion for conditional certification of the collective action and certification of the class action shall be extended to **January 10, 2022**.

4. The deadline for Defendant's response brief shall be extended to **February 10, 2022.**

5. The deadline for Plaintiffs' reply brief shall be extended to **February 24, 2022.** All other deadlines remain in effect unless amended by further order of the Court. **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE