## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ROBERT DOLAN, et al.,

      Plaintiffs,

v.                                                  No. CV 20-1304 WJ/CG

CIMAREX ENERGY CO.,

      Defendant.

### ORDER EXTENDING MOTION TO COMPEL DEADLINE

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion for Extension of Deadline to File Motion to Compel* (the "Motion"), (Doc. 42), filed September 16, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **October 20, 2021**, to file a motion to compel discovery responses to Defendant's second set of interrogatories and requests for production.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE