**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ROBERT DOLAN, et al.,

      Plaintiffs,

v.                                                            No. CV 20-1304 WJ/CG

CIMAREX ENERGY CO.,

      Defendant.

**ORDER GRANTING JOINT MOTION TO STAY**
**PROCEEDINGS AND CASE DEADLINES PENDING MEDIATION**

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay Proceedings* (the "Motion"), (Doc. 44), filed October 20, 2021. In the Motion, the parties explain they have "agreed on a mediator and are currently working to schedule a mediation in the next 60 days," and therefore request that the Court "issue a 60-day stay of further proceedings" including "[t]he discovery deadlines, deadlines for conditional certification, and deadline for Defendant's motion to compel." (Doc. 44 at 1-2). The Court, having reviewed the Motion and noting it was filed jointly, finds that the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that all proceedings in this case and case deadlines, including the deadline for Defendant's motion to compel, shall be stayed through and including **December 20, 2021**.

    **IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report within fourteen days of the parties' mediation, notifying the Court of the results of the mediation. If mediation is unsuccessful, the parties shall also provide the Court a

proposed amended scheduling order to govern the remainder of this case, within

fourteen days of the parties' mediation.

      **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE