IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT DOLAN, et al.,

      Plaintiffs,

v.                                                                                   No. CV 20-1304 WJ/CG

CIMAREX ENERGY CO.,

      Defendant.

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS AND CASE DEADLINES PENDING SETTLEMENT

**THIS MATTER** is before the Court on the parties' *Second Joint Motion to Stay Proceedings* (the "Motion"), (Doc. 46), filed December 20, 2021. In the Motion, the parties explain that on December 15, 2021, "the Parties reached a settlement, with the specific terms to be formalized," and that the parties "are currently drafting a formal settlement incorporating the terms." (Doc. 46 at 1). They further state that named Plaintiff Jeffrey Jones recently passed away, and his family has initiated estate proceedings but a personal representative has not yet been appointed. *Id.* The parties therefore request that the Court issue a 90-day stay of further proceedings. *Id.* The Court, having reviewed the Motion and noting it was filed jointly, finds that the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that all proceedings in this case and case deadlines shall be stayed through and including **March 21, 2022**.

**IT IS FURTHER ORDERED** that if a dismissal is not already filed, the parties shall file a Joint Status Report by **March 22, 2022**, regarding the status of their settlement agreement.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE